JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERAV OR,<br>        Plaintiff,<br><br>                    v.<br><br>COSTCO WHOLESALE CORP., et al.,<br>        Defendants. | CV 23-87 DSF (KSx)<br><br>Order REMANDING Case to State Court |

Defendant Costco Wholesale Corporation removed this action from state court on the basis of diversity.  Costco made no effort whatsoever to plead the citizenship of the individual defendant, Joel Ramirez. Costco appears to believe that because Ramirez has not been served it does not have to plead his citizenship and it does not matter if he is a citizen of California like Plaintiff.  This is, of course, incorrect because this Court must have subject matter jurisdiction over the case regardless of whether Ramirez has been served.  The section cited by Costco, 28 U.S.C. § 1441(b)(2), does not remove the requirement of complete diversity.

The case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.

Date: January 10, 2023

Dale S. Fischer
United States District Judge